**1286**

Bar of this Commonwealth for a period of five years, and he shall comply with all the provisions of Rule 217, Pa.R.D.E. It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

■

### Terry L. NEWBEGIN

v.

### John A. SOTOMAYOR, Jane Sotomayor, Mark J. Sotomayor, Terry Koontz, Ronald Hellen, Geri Martin and Jay Automotive Specialties, Inc.

#### Appeal of John A. Sotomayor and Jay Automotive Specialties, Inc.

#### Terry L. Newbegin

v.

### John A. Sotomayor, Jane Sotomayor and Jay Automotive Specialties, Inc.

#### Appeal of John A. Sotomayor and Jay Automotive Specialties, Inc.

#### Terry L. Newbegin

v.

### John A. Sotomayor and Jay Automotive Specialties, Inc.

#### Appeal of John A. Sotomayor and Jay Automotive Specialties, Inc.

Supreme Court of Pennsylvania.

Feb. 18, 2000.

Brian T. Must, Pittsburgh, for John A. Sotomayor and Jay Automotive.

Don A. Gerred, Johnstown, for Terry L. Newbegin.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

### *ORDER*

PER CURIAM:

**AND NOW,** this 18th day of February, 2000, the appeals are dismissed as having been improvidently granted.

■

### SOUTHWESTERN AMBULATORY SURGERY CENTER, Petitioner,

v.

### UNEMPLOYMENT COMPENSATION BOARD OF REVIEW, Respondent.

Supreme Court of Pennsylvania.

Feb. 18, 2000.

James A. Ashton, Pittsburgh, for petitioner.